# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LOVETT McRAE,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　**Case No.  6:05-cv-1767-Orl-22KRS**

**ROLLINS COLLEGE,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on Rollins's Motion for Costs and Attorney's Fees Pursuant to Federal Rule of Civil Procedure 41(d) (Doc. No. 14), and on Rollins's Motion for Entitlement to Attorney's Fees (Doc. No. 19).

The United States Magistrate Judge has submitted a Report recommending that the Motions be denied.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.　The Report and Recommendation filed April 24, 2006 (Doc. No. 20) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.　Rollins's Motion for Costs and Attorney's Fees Pursuant to Federal Rule of Civil Procedure 41(d) (Doc. No. 14) is **DENIED**.

      3.      Rollins's Motion for Entitlement to Attorney's Fees (Doc. No. 19) is **DENIED**.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on May 16, 2006.

*[signature]*

ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record